UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY WILSON,<br><br>                    Plaintiff,<br><br>        -against-<br><br>CITY OF NEW YORK; THE NEW YORK CITY POLICE DEPARETMNT; BRONX COUNTY; BRONX COUNTY DISTRICT ATTORNEY'S OFFICE; DETECTIVE KEITH WALKER; DETECTIVE MICHAEL GARRITY; JOHN/JANE DOE #1 THROUGH #14; LIEUTENANT BRENDAN DUKE; POLICE COMMISSIONER HOWARD SAFIR; ASSISTANT DISTRICT ATTORNEYS ELAINE JITTARACT, RASHEDA BAKASH, AND CYNTHIA ISALIS; AND DISTRICT ATTORNEY DARCEL CLARK,<br><br>                    Defendants. | 20-CV-4178 (LLS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued August 10, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  August 10, 2020
        New York, New York

                                                            _Louis L. Stanton_
                                                            Louis L. Stanton
                                                            U.S.D.J.